```
AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov
```

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAISY LYNNE MEADOWS,<br><br>    Plaintiff<br><br>vs.<br><br>BRIAN WILLIAMS, et al.,<br><br>    Defendants | Case No.  2:24-cv-00243-CDS-EJY<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

   Plaintiff, Daisy Lynne Meadows, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 27th day of June, 2025

*[signature]*

DAISY LYNNE MEADOWS

Plaintiff, *Pro Se*

DATED this 27th day of June, 2025.

AARON D. FORD
Attorney General

By:/s/*Douglas R. Rand*
   DOUGLAS R. RANDS, Bar No. 3572
   Deputy Attorney General
   *Attorneys for Defendants*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

*[signature]*

UNITED STATES DISTRICT JUDGE

DATED: August 21, 2025